[This opinion has been published in *Ohio Official Reports* at 178 Ohio St.3d 97.]

THE STATE OF OHIO, APPELLEE, *v*. DEGAHSON, APPELLANT.

[Cite as *State v. Degahson*, 2024-Ohio-5989.]

*Court of appeals' judgment affirmed on the authority of* State v. Miree.

(No. 2022-1257—Submitted December 23, 2024—Decided December 24, 2024.)

APPEAL from the Court of Appeals for Clark County,

No. 2021-CA-35, 2022-Ohio-2972.

_____

The below judgment entry of the court was joined by KENNEDY, C.J., and DEWINE, DONNELLY, STEWART, BRUNNER, and HAWKINS, JJ. FISCHER, J., dissented.

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *State v. Miree*, 2024-Ohio-5714.

_____

Daniel P. Driscoll, Clark County Prosecuting Attorney, and Robert C. Logsdon, Assistant Prosecuting Attorney, for appellee.

Elizabeth R. Miller, Ohio Public Defender, and Craig M. Jaquith, Assistant Public Defender, for appellant, Ulonda Evette Degahson.

_____